## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | 1:10-CV-6456 |
| v. | ) ) | Judge St. Eve |
| ALL-STATE TECHNICAL SOLUTIONS, INC., a Florida Corporation, | ) ) ) | Magistrate Judge Keys |
| Defendant. | ) ) | |

### MOTION TO VACATE ORDER OF DISMISSAL, TO REINSTATE ACTION, AND FOR ENTRY OF JUDGMENT

NOW COMES the Plaintiff and move this Honorable Court to vacate Order of Dismissal entered on January 20, 2011, a copy of which is attached hereto as Plaintiff's Exhibit "A", and to reinstate Plaintiff's cause of action instanter, and for entry of judgment against the Defendant.

In support of Plaintiff's Motion, Plaintiff states as follows:

1) That pursuant to agreement by the parties, the parties agreed to a dismissal of the pending action.

2) That notwithstanding the provisions of the oral agreement, the Defendant has failed to make the delinquent contributions for the months of June 2010, and is delinquent in the total amount of $983.26, and to pay the court costs of $445.00, and attorneys' fees of $1,435.00.

WHEREFORE, in accordance with the provisions of the Order of Dismissal, Exhibit "A", and Affidavit of Robert B. Greenberg, Plaintiff prays that the Order of Dismissal be vacated instanter, Plaintiff's cause of action be reinstated, and that judgment enter in favor of Plaintiff and against the Defendant in the amount of $2,863.26, as and for the outstanding court costs and attorneys' fees.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: April 15, 2011